# Court of Appeals
# of the State of Georgia

ATLANTA,  February 02, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0889. JOHN WOODS v. PS-78 ATL, LLC.

After PS-78 ATL, LLC filed a dispossessory action against him, John Woods filed a counterclaim for wrongful eviction and property damage allegedly resulting from PS-78 ATL's negligence. When Woods failed to appear for trial, the court granted PS-78 ATL's motion to dismiss Woods's claims without prejudice for failure to prosecute. Woods then filed this direct appeal. We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), direct appeals are permitted from all final orders dismissing an action in its entirety. A notice of appeal, however, must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). And the proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Here, the trial court's order of dismissal was entered on April 27, 2022, and Woods filed his initial notice of appeal 35 days later, on June 1, 2022.[1] Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.

---

[1] Woods filed amended notices of appeal on January 10 and 19, 2023.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,__02/02/2023_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*